# United States Bankruptcy Court
### Eastern District of Michigan

In re  **Walsay, Inc.**

Debtor(s)

Case No.  **20-47097**

Chapter  **7**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Hongxia He**, declare under penalty of perjury that I am the **President** of  **Walsay, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Hongxia He**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Hongxia He**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Hongxia He**, **President** of this Corporation is authorized and directed to employ **William D. Johnson P54823**, attorney and the law firm of **Acclaim Legal Services, PLLC** to represent the corporation in such bankruptcy case."

Date  **June 5, 2020**

Signed  **/s/ Hongxia He**

**Hongxia He**

Resolution of Board of Directors
of
**Walsay, Inc.**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Hongxia He**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Hongxia He, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Hongxia He, President** of this Corporation is authorized and directed to employ **William D. Johnson P54823**, attorney and the law firm of **Acclaim Legal Services, PLLC** to represent the corporation in such bankruptcy case.

Date  **June 5, 2020**                              Signed   **/s/ Hongxia He**
                                                              **Hongxia He**


Date  _____              Signed   _____